# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-904
Lower Tribunal No. CF14-006679-XX

_____

STATE OF FLORIDA,

Appellant,

v.

DANNY W. CEREZO,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Dennis P. Maloney, Judge.

January 16, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and WHITE, JJ., concur.


Ashley Moody, Attorney General, Tallahassee, and Allison C. Heim, Assistant Attorney General, Tampa, for Appellant.

Robert A. Norgard, of Norgard, Norgard & Chastang, Bartow, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED